IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HENRY LEE FORD, III., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV-00-B-0359-S |
| ) | |
| DONALD SCOTT, COI, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF OPINION

On June 14, 2002, the undersigned ordered that plaintiff's excessive force claim against defendant Donald Scott be submitted to evidentiary hearing. On November 7, 2002, the magistrate judge held an evidentiary hearing. Thereafter, a supplemental report and recommendation containing proposed findings of fact and conclusions of law was entered. On November 26, 2002, the plaintiff filed an objection to the supplemental report and recommendation.

After careful consideration of the entire record, the magistrate judge's supplemental report and recommendation, and the evidentiary hearing transcript and exhibits, the Court hereby ADOPTS the supplemental report and recommendation and ACCEPTS the proposed findings of fact and conclusions of law of the magistrate judge. It is therefore, ORDERED, ADJUDGED and DECREED that judgment is due to be entered in favor of defendant Scott and this action is due to be DISMISSED WITH PREJUDICE. Each party shall bear the burden of his own costs.

A separate order shall be entered contemporaneously herewith.

DONE on this the 31st day of March, 2003.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE